UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE FORECLOSURE CASES | ) | CASE NO. 1:07CV0357 |
| | ) | 1:07CV1204 |
| | ) | 1:07CV1240 |
| | ) | 1:07CV1272 |
| | ) | 1:07CV1356 |
| | ) | 1:07CV1547 |
| | ) | 1:07CV1803 |
| | ) | 1:07CV1880 |
| | ) | 1:07CV1903 |
| | ) | 1:07CV2033 |
| | ) | 1:07CV2228 |
| | ) | 1:07CV2322 |
| | ) | 1:07CV2516 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| | ) | |
| | ) | ORDER OF DISMISSAL |
| | ) | |

<u>CHRISTOPHER A. BOYKO: J</u>

A review of the Complaints, Notes, Mortgages, Preliminary Judicial Reports and Proofs of Assignment in the above listed cases, currently pending before this Court, reveals Plaintiff was not the owner and holder of the Notes and Mortgages at the time the Complaints were filed. As a result, Plaintiff lacks standing to bring these foreclosure actions and has not established federal

diversity jurisdiction. Therefore, the above listed cases are dismissed without prejudice.

IT IS SO ORDERED.

10/10/07
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
OCT 10 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND